RECEIVED & FILED

MAY 1 1 2006

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION<br><br>Plaintiff.<br><br>V.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | : | No. 06-387 C |

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to Rule RCFC 7.1, I certify as counsel for Plaintiff, Information Systems & Networks Corporation ("ISN"), that ISN is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity that is not otherwise a party to this case has a financial interest in the outcome of this litigation.

Dated: May 11, 2006

Respectfully submitted,

NORMAN H. SINGER, ESQ.
Singer & Associates, P.C.
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
(301) 469-0400
(301-469-0403 Fax

Counsel for Plaintiff