IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS &, NETWORKS CORPORATION | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-387C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of DAVID B. STINSON as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-0163
Fax: (202) 514-8624

May 25, 2006

CERTIFICATE OF FILING

I hereby certify that on May 25, 2006 a copy of the foregoing “NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson