IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORP. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-387C |
| v. | ) | |
| | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENTRY OF
DEFAULT UPON DEFENDANT'S COUNTERCLAIM

Defendant, the United States, respectfully requests that the Clerk enter the default of plaintiff, Information Systems & Networks Corp. ("ISN"), upon the Government's counterclaim, pursuant to Rule 55(a) of the Rules of the United States Court of Federal Claims ("RCFC"). Rule 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default." The entry of a default by the Clerk is the initial step in the process of seeking judgment by default pursuant to RCFC 55(b). See Florida Nat'l Bank of Miami v. United States, 5 Cl. Ct. 396, 397 (1984).

We request the entry of default because ISN has failed to reply to the Government's counterclaim. On September 7, 2006, the Government filed its answer to ISN's complaint electronically, which caused the filing to be served upon ISN by operation of the Court's electronic filing system on the same

date. That answer included a counterclaim for $280,241, plus interest. Defendant's Answer And Counterclaim at 14-15 ¶¶ 34-37. Pursuant to RCFC 6(a), 6(e) and 12(a)(1), ISN's reply to the counterclaim was due no later than Monday, October 2, 2006. ISN, however, has not filed any reply. Consequently, ISN is in default upon the Government's counterclaim.

For the foregoing reasons, we request that the Clerk enter ISN's default upon the Government's counterclaim, pursuant to RCFC 55(a).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
by s/Donald E. Kinner
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 514-4325
Fax: (202) 514-7965

Attorneys for Defendant

October 16, 2006

Certificate of Filing

I hereby certify that on October 16, 2006, a copy of the foregoing Defendant’s Motion For Entry Of Default Upon Defendant’s Counterclaim was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail