**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INFORMATION SYSTEMS & NETWORKS CORPORATION,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 06-387C** **Judge Block** |
| **THE UNITED STATES,** | ) | |
| **Defendant,** | ) | |

**REPLY TO COUNTERCLAIM**

Comes now the plaintiff counter-defendant, Information Systems &Networks Corporation ("plaintiff" or "ISN") by and through its undersigned counsel, and files this Reply to the Counterclaim of the defendant as follows:

1. Plaintiff admits the allegation of paragraph 34 of the Counterclaim.

2. Plaintiff neither admits nor denies the allegations of the first sentence of paragraph 35 of the Counterclaim to the extent that the contracts between the plaintiff and defendant speak for themselves, unless ambiguous, and contain terms and conditions on a contract by contract basis. Plaintiff admits the last sentence of paragraph 35 and affirmatively alleges that it is challenges such determination.

3. Plaintiff admits the first sentence of paragraph 36. Plaintiff denies the allegations of the second and third sentences of paragraph 36 since it has no knowledge of the substantive basis for defendant's claim other than what is set forth in the May 12, 2005 decision or how the claim was calculated.

4. Plaintiff admits the first sentence of paragraph 37 of the Counterclaim and denies the remaining portions of paragraph 37 of the Counterclaim.

5. Plaintiff denies each and every other allegation of the Counterclaim not specifically admitted.

**Affirmative Defenses**

1. Defendant's claims are barred by the applicable statute of limitations related to the claims.

2. Defendant's Counterclaim fails to state a claim upon which relief can be granted in that defendant has failed to plead the substance of those portions of the contract on which the defendant relies, or annex a copy of the contracts indicating the provisions thereof on which the defendant relies.

3. Defendant's claims are barred by the doctrine of accord and satisfaction.

4. Defendant's claims are barred by the doctrines of laches, waiver, release and res judicata.

Respectfully Submitted,

s/ Norman H. Singer
Norman H. Singer, Esq.
Singer & Associates, P.C.
10411 Motor City Drive,
Suite 725
Bethesda, MD 20817
(O) 301-469-0400
(F) 301-469-0403

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2006, a copy of plaintiff's Reply to Counterclaim was filed electronically as an attachment to the Combined Motion. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Norman H. Singer
Norman H. Singer, Esq.