IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORP. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-387C |
| v. | ) | |
| | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S COMBINED OPPOSITION
TO MOTION FOR DEFAULT AND MOTION FOR LEAVE TO FILE OUT-OF-TIME

In view of the representations set forth in plaintiff's October 18, 2006 filing, defendant, the United States, respectfully withdraws its October 16, 2006 motion for entry of default, and consents to plaintiff's request for an enlargement of time to file a response to the Government's counterclaim out-of-time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL:
GREGORY T. ALLEN
Trial Attorney
Defense Contract Management Agency
Manassas, VA

Attorneys for Defendant

November 2, 2006

Certificate of Filing

I hereby certify that on November 2, 2006, a copy of the foregoing Defendant’s Response To Plaintiff’s Combined Opposition To Motion For Default And Motion For Leave To File Out-Of-Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Timothy P. McIlmail