IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORP., Plaintiff, | ) | No. 06-387C |
| v. | ) | (Judge Block) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's November 14, 2006 order, the parties report that plaintiff will, within 30 days, move to amend its complaint by deleting references to Contract Nos. 5C-Y-EIR-0028, 85-C-00150, 273-91-C-0005, 503-BNBSC3513, N00024-85-C-6528, and DAAHOO-85-C-0010, and by adding references to Contract Nos. 505-BNB-C3513, N00024-85-C-6258, and DLAHOO-85-C-0010.

In addition, the parties no longer request consolidation of this case with Case No. 06-99C.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
by s/Brian M. Simkin
MARK A. MELNICK
Assistant Director

NORMAN H. SINGER
Singer & Associates, P.C.
10411 Motor City Drive
7th Floor
Bethesda, MD 20817
Telephone: (301) 469-0400
Facsimile:

Attorney for Plaintiff

November 20, 2006

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL:
GREGORY T. ALLEN
Trial Attorney
Defense Contract Management Agency
Manassas, VA

Attorneys for Defendant

November 17, 2006

Certificate of Filing

I hereby certify that on November 20, 2006, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.