# In The United States Court of Federal Claims

**No: 06-387 C**
**November 21, 2006**

**INFORMATION SYSTEMS & NETWORKS CORP.,**

***Plaintiff***,

**v.**

**THE UNITED STATES,**

***Defendant***.

**SCHEDULING ORDER**

On October 27, 2006, the parties filed a Joint Preliminary Status Report with a proposed schedule for future proceedings in this matter . In accordance with the Appendix A of the Rules of the Court of Federal Claims ("RCFC"), the parties are **ORDERED** to comply with the following schedule:

1. The parties shall exchange initial disclosures no later than **December 8, 2006**.

2. The parties shall disclose the designation of experts no later than **March 2, 2007**.

3. The parties shall disclose the designation of rebuttal experts no later than **April 6, 2007**.

4. Fact discovery shall end no later than **September 30, 2007**.

5. Plaintiff shall disclose plaintiff's expert report no later than **October 31, 2007**.

6. Defendant shall disclose defendant's expert report no later than **November 30, 2007**.

7. Plaintiff shall disclose plaintiff's rebuttal expert report no later than **December 15, 2007**.

8. Defendant shall disclose defendant's rebuttal expert report no later than **December 31, 2007**.

9. Expert Discovery shall end no later than **January 30, 2008**.

10. The parties shall file a Joint Status Report indicating how they wish to proceed with this matter no later than **March 1, 2008**.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**