IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORP., Plaintiff, | ) | No. 06-387C |
| v. | ) | (Judge Block) |
| THE UNITED STATES, Defendant. | ) | |

JOINT MOTION TO AMEND SCHEDULING ORDER

The parties respectfully request that the Court amend its November 21, 2006 Scheduling Order to eliminate the requirement in ¶ 3 of that order that the parties disclose, by April 6, 2007, the designation of rebuttal experts. This amendment would simplify the discovery process and would postpone the designation of rebuttal experts until after the disclosure of initial expert opinions, and make that designation the consequence of the disclosure of rebuttal expert reports themselves. The amendment would not result in any extension of the time to complete discovery.

For the foregoing reasons, the parties respectfully request that the Court amend its November 21, 2006 Scheduling Order to eliminate the requirement in ¶ 3 of that order that the parties disclose, by April 6, 2007, the designation of rebuttal experts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL:
GREGORY T. ALLEN
Trial Attorney
Defense Contract Management Agency
Manassas, VA

Attorneys for Defendant

March 27, 2007

NORMAN H. SINGER
Singer & Associates, P.C.
10411 Motor City Drive
7th Floor
Bethesda, MD 20817
Telephone: (301) 469-0400
Facsimile:

Attorney for Plaintiff

March 28, 2007

Certificate of Filing

I hereby certify that on March 28, 2007, the foregoing Joint Motion To Amend Scheduling Order was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail