**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **INFORMATION SYSTEMS & NETWORKS CORPORATION** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 06-387C** |
| **THE UNITED STATES OF AMERICA** | ) | **Judge Block** |
| **Defendant.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME TO AMEND SCHEDULING ORDER**

Plaintiff, Information Systems & Networks Corporation ("plaintiff" or "ISN"), by counsel, respectfully requests the Court to enlarge the time periods for completion of fact and expert discovery set forth in the Joint Preliminary Status Report ("JPSR"), and in so doing, to Amend the Scheduling Order. As explained herein, the parties require this additional time because of the complexity and size of these consolidated cases. A further detailed presentation of the bases of this Motion follows:

1. The JPSR anticipated completion of fact discovery between the parties by September 30, 2007. It also required the filing and completion of expert reports and discovery within four months thereafter (by January 30, 2008). This schedule, as

set forth in the JPSR, was overly optimistic and in fact unrealistic. This case involves 13 separate contract claims or in effect, 13 separate cases, consolidated because the parties are identical. In most instances, more than 10 years of data are warranted-some of it going back to the early 1980's. Locating and producing it has not been an easy task. The defendant has previously produced over 14,000 documents.

2. ISN is scheduled to produce its documents later this month. No depositions can be taken until document production has been completed. The defendant anticipates the taking of a RCFC 30(b)(6) deposition of ISN but has not been able to do this until ISN has completed its document production.

3. Plaintiff and defendant's counsel have conferred, have thoroughly reviewed the issues attendant to the request for enlargement, and in good faith believe that the additional time requested will ultimately lead to greater clarity and expedition before the Court.

4. The parties purpose that the Scheduling Order be amended if the Court grants the Unopposed Motion for Enlargement of Time allowing the following changes to the current Scheduling Order:

a. Fact discovery completion by April 30, 2008;

b. ISN's Expert Report due June 30, 2008;

c. Defendant's Expert Report due August 29. 2008;

d. Rebuttal Expert Reports due September 12, 2008 and September 30, 2008 respectively;

5. Counsel for the defendant has reviewed and approved this Motion and agreed with the dates therein.

Dated: September 12, 2007

Respectfully submitted,

s/Norman H. Singer_______

NORMAN H. SINGER, ESQUIRE
Singer & Associates, P.C.
10411 Motor City Drive, 7th Floor
Bethesda, MD 20817
Ph (301) 469-0400
Fx (301) 469-2267
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing **PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME** was made available to counsel for the defendant pursuant to this Court's electronic filing systems and was Fedx'd on September 12, 2007 to:

Timothy McIlmail, Esquire
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

s/Norman H. Singer________
NORMAN H. SINGER, ESQUIRE