# In The United States Court of Federal Claims

**No: 06-387 C**
**September 20, 2007**

**INFORMATION SYSTEMS &**
**NETWORKS CORPORATION,**

***Plaintiff*,**

**v.**

**THE UNITED STATES,**

***Defendant*.**

**SCHEDULING ORDER**

Having considered plaintiff's unopposed motion filed on 9/10/07 to amend the Scheduling Order filed on 11/21/06, the parties are ORDERED to comply with the following schedule:

1. Fact discovery shall be completed by Wednesday, 4/30/08;

2. Plaintiff's expert report is due Monday, 6/30/08;

3. Defendant's expert report is due Friday, 8/29/08;

4. Plaintiff's rebuttal report is due Friday, 9/12/08;

5. Defendant's rebuttal report is due Tuesday, 9/30/08; and,

6. The parties shall file a joint status report by Thursday, 10/30/08, indicating how they wish to proceed with this matter.

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**