IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INFORMATION SYSTEMS & NETWORKS CORP.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-387C<br><br>(Judge Block) |

DEFENDANT'S CONSENT MOTION TO STAY PROCEEDINGS

Defendant, the United States, respectfully requests that the Court stay further proceedings in this action pending the resolution of the related case, Information Systems & Networks Corp. v. United States, No. 06-99C (Fed. Cl.). Determination of whether plaintiff is entitled to recovery in this action depends, at least in part, upon what indirect rates apply to the cost-reimbursement contracts at issue in this action. In addition, the Government has asserted a counterclaim in this action for $280,241, representing what a contracting officer determined plaintiff owes the Government for contract overpayment based upon indirect cost rates that the contracting officer determined. Plaintiff has challenged the contracting officer's indirect rates decision in Case No. 06-99C. The resolution of Case No. 06-99C, therefore, may affect the resolution of both plaintiff's claims and the Government's counterclaim.

Because the resolution of Case No. 06-99C may affect the resolution of this action, it is in the interests of the parties and judicial economy to stay this action pending the resolution

of Case No. 06-99C. Counsel for plaintiff has represented to counsel for defendant that plaintiff consents to this request.

For the foregoing reasons, the United States respectfully requests that the Court stay further proceedings in this action pending the resolution of Case No. 06-99C.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 514-4325
Fax: (202) 514-7965

OF COUNSEL:
GREGORY T. ALLEN
Trial Attorney
Defense Contract Management Agency
Manassas, VA

Attorneys for Defendant

April 21, 2008

Certificate of Filing

I hereby certify that on April 21, 2008, a copy of the foregoing Defendant’s Consent Motion To Stay Proceedings was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Timothy P. McIlmail